AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, VICTORIA A. | EASTERN DISTRICT OF MICHIGAN | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BLVD ROOM 123
DETROIT, MI. 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | State Bar of Michigan Foundation |
| 2. Member | Simone Road LLC |
| 3. Member | Palmer Road LLC |
| 4. Member | Judy Circle LLC |
| 5. Member | Fairview Dr. LLC |
| 6. Member | Dover Road LLC |
| 7. Member | Dearborn Heights Property LLC |
| 8. Member | Ann Arbor Trail LLC |
| 9. Member | Wayne Enterprises Associates, LLC |
| 10. Member | Mitten Mates, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 08/11/2020 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 03/13/19 TO 03/16/19 | Malibu, CA | FJC educational seminar or program | Food, Lodging, Airfare, Shuttle and Tips |
| 2. | Department of Justice | 03/19/19 to 03/31/19 | Kathmandu, Nepal | Meeting or seminar with another government entity | Food, Lodging, Airfare, Taxi and Tips |
| 3. | Patent & Trademark Office | 04/21/19 to 04/28/19 | Gabarone, Botswana | Meeting or seminar with another government entity | Food, Lodging, Airfare, Taxi and Tips |
| 4. | U.S. Sentencing Commission | 06/26/19 to 06/28/19 | Chicago, IL | Meeting sponsored by the AO, FJC, USSC or JPMDL | Food, Lodging, Taxi and Tips |
| 5. | Federal Judicial Center | 10/14/19 to 10/17/19 | Lake Tahoe, NV | FJC educational seminar or program | Food, Lodging, Airfare, Shuttle and Tips |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 08/11/2020 |

| 6. | Bar Group or Association | 11/14/19 to 11/17/19 | Washington, DC | Activity of professional association or civic organization | Food, Lodging, Transportation and Tips |
|---|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    Simone Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 2.    Judy Circle LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 3.    Fairview Drive LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 4.    Dover Road LLC , Wayne County MI | C | Rent | L | W | | | | | |
| 5.    Dearborn Heights Property LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 6.    Palmer Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 7.    Knolson Road, LLC, Wayne County MI | B | Rent | | | Sold | 01/03/19 | M | C | Cervi Investments, LLC |
| 8.    Ann Arbor Trail Assoc. LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 9.    Wayne Enterprises Associates LLC, Wayne County MI | A | Rent | L | W | | | | | |
| 10.    Mitten Mates LLC, Wayne County MI | A | Distribution | K | W | Buy | 10/01/19 | K | | |
| 11.    Daimler AG - Common Stock | A | Dividend | J | T | | | | | |
| 12.    JP Morgan Chase - Checking | A | Interest | J | T | | | | | |
| 13.    JP Morgan Chase - Savings | A | Interest | K | T | | | | | |
| 14.    Charles Schwab: | | | | | | | | | |
| 15.    -Charles Schwab Deposit Account | A | Dividend | K | T | | | | | |
| 16.    -Lear Corporation | A | Dividend | | | Sold | 03/18/19 | J | C | |
| 17.    -Invesco S&P Low Volatility Portfolio | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -DWS Enhanced Cmdy | A | Dividend | J | T | | | | | |
| 19. | -Vanguard Intl Explorer | A | Dividend | | | Sold | 02/27/19 | K | A | |
| 20. | -Invesco Optimum Yield | A | Dividend | J | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 21. | -Ishares Core S&P Small | A | Dividend | J | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 22. | -SPDR Index Shares Emerg | A | Dividend | K | T | Buy<br>(add'l) | 05/15/19 | K | | |
| 23. | -PGIM High Yield Fund Z | A | Dividend | J | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 24. | -Pimco Incm Inst Cl | A | Dividend | K | T | Buy<br>(add'l) | 02/28/19 | J | | |
| 25. | -Vanguard Intl Growth Fd | A | Dividend | K | T | | | | | |
| 26. | -Wasatch Core Growth | A | Dividend | J | T | | | | | |
| 27. | -Ishares Core Dividend | A | Dividend | K | T | Buy | 12/04/19 | K | | |
| 28. | -Ishares International | A | Dividend | K | T | Buy | 05/15/19 | K | | |
| 29. | -Schwab US Dividend | A | Dividend | K | T | Buy | 05/15/19 | K | | |
| 30. | -SPDR Nuveen Blmbrg | A | Dividend | J | T | Buy | 02/29/19 | J | | |
| 31. | -Vanguard Health Care | A | Dividend | K | T | Buy | 08/16/19 | K | | |
| 32. | -Blackrock National Muni | A | Dividend | K | T | Buy | 05/15/19 | K | | |
| 33. | -Grandeur Peak Intl | A | Dividend | K | T | Buy | 05/15/19 | K | | |
| 34. | Charles Schwab IRA: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 36. | -Invesco Oppenheimer Developing Markets Fund Class Y | A | Dividend | K | T | | | | | |
| 37. | -Vanguard Interm Term Bond | A | Dividend | K | T | Sold<br>(part) | 02/27/19 | K | A | |
| 38. | -Invesco S&P 500 Equal Weight | A | Dividend | J | T | | | | | |
| 39. | -Ishares Trust MSCI EAFE Small Cap ETF | A | Dividend | L | T | Buy<br>(add'l) | 02/26/19 | J | | |
| 40. | -Vaneck Vectors Biotech | A | Dividend | J | T | | | | | |
| 41. | -Vanguared Growth | A | Dividend | M | T | | | | | |
| 42. | -Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 43. | -IShares JPMorgan USD Emg Mkts B ETF | A | Dividend | K | T | | | | | |
| 44. | -Janus Henderson High Yield | A | Dividend | | | Sold | 02/26/19 | K | A | |
| 45. | -Invesco FTSE RAFI Dvlp Mkts ETF | A | Dividend | K | T | | | | | |
| 46. | -IShares Core S&P Small Cap ETF | A | Dividend | K | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 47. | -Invesco Variable Rate PRF ETF | A | Dividend | J | T | | | | | |
| 48. | -Schwab Emgerging Mkts | A | Dividend | K | T | | | | | |
| 49. | -SPDR S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 50. | -Vanguard Financials ETF | A | Dividend | | | Sold | 12/09/19 | K | C | |
| 51. | -Wisdomtree US Small Cap | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Fidelity New Mkts Income | A | Dividend | | | Sold | 12/02/19 | K | A | |
| 53.   -Vanguard High Yield Corp | A | Dividend | K | T | | | | | |
| 54.   -Vanguard Inflation | A | Dividend | J | T | | | | | |
| 55.   -FMI Intl Fund | A | Dividend | K | T | | | | | |
| 56.   -Matthews Asia Dividend | A | Dividend | | | Sold | 12/02/19 | J | A | |
| 57.   -Ishares Asia 50 ETF | A | Dividend | K | T | | | | | |
| 58.   -Schwab Funda Emg Mkts | A | Dividend | J | T | | | | | |
| 59.   -Vanguard FTSE Develeoped Mkts | A | Dividend | K | T | Buy (add'l) | 02/26/19 | J | | |
| 60.   -Vangurard Global EX US Real Estate | A | Dividend | J | T | | | | | |
| 61.   -PGIM High YIeld Fund Z | A | Dividend | L | T | | | | | |
| 62.   -PGIM Total Return Bond Z | A | Dividend | L | T | | | | | |
| 63.   -USAA Income Fund Inst | A | Dividend | K | T | | | | | |
| 64.   -Virtus SEIX Float Rate High Income | A | Dividend | | | Sold | 02/26/19 | J | A | |
| 65.   -Primecap Odyssey Stock | A | Dividend | J | T | | | | | |
| 66.   -Vanguard Equity Income Fd | A | Dividend | K | T | | | | | |
| 67.   -Vanguard Intl Explorer | A | Dividend | | | Sold | 05/15/19 | J | A | |
| 68.   -Vanguard Emerging MKT | A | Dividend | K | T | Buy | 12/02/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Wisdomtree Int'l Small Cap | A | Dividend | K | T | Buy | 02/26/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Certian investments reported on VII. Investmetns & Trusts had name changes between the 2018 and 2019 reports.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 08/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VICTORIA A. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544